DocuSign Envelope ID: 701D006E-60C4-413E-9926-00BD29A15FB5

# EXHIBIT 1

---

## DECLARATION OF JASON T. WEBER

---

My full legal name is Jason Thomas Weber. I am of sound mind, over 18 years of age. I make this *Declaration* based upon my personal knowledge and state as follows:

1.    I am counsel of record for Defendants US Energy Solutions, Inc. ("UES") and Serghei Busmachiu ("Busmachiu") (collectively, "Defendants") in Cause No. DC-19-18533, in the 14th Judicial District Court, Dallas County, Texas (the "Lawsuit").

2.    I have been practicing law in Texas since 2010 and have never been the subject of any professional disciplinary action or judicial reprimand.

3.    In connection with the defense of this Lawsuit I served (or caused to be served) a request for a certified copy of Plaintiff Dynamis Energy, LLC d/b/a United Energy Services's ("Plaintiff") corporate records maintained by the Office of the Secretary of State of Texas. Attached hereto as Exhibit 1-A is a true and correct copy of the certified records that were produced by the Texas Secretary of State in response to my firm's request for records related to Plaintiff.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United State of America that the foregoing is true and correct.

Executed on this 13th day of January, 2020.

*Jason T. Weber*  _____
Jason T. Weber

---

Def. App. 001

DocuSign Envelope ID: 701D006E-60C4-413E-9926-00BD29A15FB5

Corporations Section
P.O.Box 13697
Austin, Texas 78711-3697



EXHIBIT 1-A Ruth R. Hughs
Secretary of State

# Office of the Secretary of State

The undersigned, as Secretary of State of Texas, does hereby certify that the attached is a true and correct copy of each document on file in this office as described below:

Dynamis Energy, LLC
Filing Number: 801520512

| | |
|---|---|
| Certificate of Formation | December 14, 2011 |
| Certificate of Merger | April 26, 2012 |
| Certificate of Assumed Business Name | June 04, 2012 |
| Public Information Report (PIR) | December 31, 2012 |
| Public Information Report (PIR) | December 31, 2013 |
| Public Information Report (PIR) | December 31, 2014 |
| Public Information Report (PIR) | December 31, 2015 |
| Change of Registered Agent/Office | June 06, 2016 |
| Public Information Report (PIR) | December 31, 2016 |
| Public Information Report (PIR) | December 31, 2017 |
| Public Information Report (PIR) | December 31, 2018 |
| Certificate of Amendment | February 19, 2019 |
| Change of Registered Agent/Office | November 13, 2019 |
| Public Information Report (PIR) | December 31, 2019 |

In testimony whereof, I have hereunto signed my name officially and caused to be impressed hereon the Seal of State at my office in Austin, Texas on January 09, 2020.

*Come visit us on the internet at https://www.sos.texas.gov/*

Phone: (512) 463-5555      Fax: (512) 463-5709      Dial: 7-1-1 for Relay Services
Prepared by: SOS-WEB      TID: 10266      Document: 936059100003

Def. App. 002

DocuSign Envelope ID: 701D006E-60C4-413E-9926-00BD29A15FB5

Corporations Section
P.O.Box 13697
Austin, Texas 78711-3697



Ruth R. Hughs
Secretary of State

# Office of the Secretary of State



Ruth R. Hughs
Secretary of State

*Come visit us on the internet at https://www.sos.texas.gov/*

Phone: (512) 463-5555          Fax: (512) 463-5709          Dial: 7-1-1 for Relay Services
Prepared by: SOS-WEB           TID: 10266                   Document: 936059100003

Def. App. 003

DocuSign Envelope ID: 701D006E-60C4-413E-9926-00BD29A15FB5

| **Form 401** | | |
|---|---|---|
| Secretary of State<br>P.O. Box 13697<br>Austin, TX 78711-3697<br>FAX: 512/463-5709<br><br>**Filing Fee: See Instructions** | <br>**Statement of Change of<br>Registered Office/Agent** | **Filed in the Office of the<br>Secretary of State of Texas<br>Filing #: 801520512 11/13/2019<br>Document #: 926729210002<br>Image Generated Electronically<br>for Web Filing** |

### Entity Information

The name of the entity is :

## Dynamis Energy, LLC

The file number issued to the entity by the secretary of state is: **801520512**

The registered agent and registered office of the entity as currently shown on the records of the secretary of state are:

## Incorp Services, Inc.

## 815 Brazos, Suite 500, Austin, TX, USA 78701-0000

### Change to Registered Agent/Registered Office

The following changes are made to the registered agent and/or office information of the named entity:

Registered Agent Change

☑A. The new registered agent is an organization by the name of:

## Registered Agents Inc.

OR

☐B. The new registered agent is an individual resident of the state whose name is:

Registered Office Change

☑C. The business address of the registered agent and the registered office address is changed to:

## 5900 Balcones Drive Suite 100, Austin, TX, USA 78731-0000

The street address of the registered office as stated in this instrument is the same as the registered agent's business address.

Consent of Registered Agent

☐A. A copy of the consent of registered agent is attached.

☑B. The consent of the registered agent is maintained by the entity.

### Statement of Approval

The change specified in this statement has been authorized by the entity in the manner required by the BOC or in the manner required by the law governing the filing entity, as applicable.

### Effectiveness of Filing

☑A. This document becomes effective when the document is filed by the secretary of state.

☐B. This document becomes effective at a later date, which is not more than ninety (90) days from the date of its filing by the secretary of state. The delayed effective date is:

### Execution

The undersigned signs this document subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument.

Date: **November 13, 2019**　　　　　　　　　**Justin Bishop**

DocuSign Envelope ID: 701D006E-60C4-413E-9926-00BD29A15FB5

Signature of authorized person(s)

**FILING OFFICE COPY**

DocuSign Envelope ID: 701D006E-60C4-413E-9926-00BD29A15FB5

**Filing Number: 801520512**

## Texas Franchise Tax Public Information Report

Comptroller of Public Accounts FORM 05-102 (Rev.9-11/30)

*To be filed by Corporations , Limited Liability Companies (LLC) and Financial Institutions*
**This report MUST be signed and filed to satisfy franchise tax requirements**

■ **Tcode** 13196 Franchise

| ■ Taxpayer number | ■ Report year |
|---|---|
| 3 2 0 4 6 0 2 2 1 5 1 | 2 0 1 9 |

*You have certain rights under Chapter 552 and 559, Government Code, to review, request, and correct information we have on file about you. Contact us at (800) 252-1381or (512) 463-4600.*

| Taxpayer name | |
|---|---|
| **DYNAMIS ENERGY, LLC** | |
| Mailing address **8763 SW 27TH LN STE 101** | Secretary of State (SOS) file number or Comptroller file number |
| City **GAINESVILLE**   State **FL**   ZIP Code **32608**   Plus 4 | **0801520512** |

● Blacken circle if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

| Principal office **8763 SW 27TH LN STE 101, GAINESVILLE, FL 32608** |
|---|
| Principal place of business **8763 SW 27TH LN STE 101, GAINESVILLE, FL 32608** |

*Please sign below!* Officer, director and manager information is reported as of the date a Public Information Report is completed. The information is updated annually as part of the franchise tax report. There is no requirement or procedure for supplementing the information as officers, directors, or managers change throughout the year.

3204602215119

**SECTION A** Name, title and mailing address of each officer, director or manager.

| Name | Title | Director | Term expiration | m m | d d | y y |
|---|---|---|---|---|---|---|
| **JUSTIN BISHOP** | **DIRECTOR** | ● YES | | | | |
| Mailing address **8763 SW 27TH LANE, SUITE 101** | City **GAINESVILLE** | State **FL** | ZIP Code **32608** | | | |
| Name **ROBERT MICHAEL SCOTT II** | Title **DIRECTOR** | ● YES | Term expiration | | | |
| Mailing address **124 ROBSART ROAD** | City **KENILWORTH** | State **IL** | ZIP Code **60043** | | | |
| Name **JUSTIN BISHOP** | Title **VICE PRESI** | ○ YES | Term expiration | | | |
| Mailing address **8763 SW 27TH LANE, SUITE 101** | City **GAINESVILLE** | State **FL** | ZIP Code **32608** | | | |

**SECTION B** Enter the information required for each corporation or LLC, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |
| | | | |

**SECTION C** Enter the information required for each corporation or LLC, if any, that owns an interest of 10 percent or more in this entity or limited liability company.

| Name of owned (parent) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |

Registered agent and registered office currently on file. *(see instructions if you need to make changes)*    ○ Blacken circle if you need forms to change the registered agent or registered office information.

Agent: **INCORP SERVICES, INC.**

| Office: **815 BRAZOS, SUITE 500** | City **AUSTIN** | State **TX** | ZIP Code **78701** |
|---|---|---|---|

The above information is required by Section 171.203 of the Tax Code for each corporation or limited liability company that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B, and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director or manager and who is not currently employed by this, or a related, corporation or limited liability company.

| sign here ▶ **Doris B Cloud** | Title **Electronic** | Date **05-10-2019** | Area code and phone number **( 281 ) 292 - 4858** |
|---|---|---|---|

**Texas Comptroller Official Use Only**

| VE/DE ○ | PIR IND ○ |
|---|---|

Def. App. 006

DocuSign Envelope ID: 701D006E-60C4-413E-9926-00BD29A15FB5

## Texas Franchise Tax Public Information Report

Comptroller
of Public
Accounts
FORM
05-102
(Rev.9-11/30)

*To be filed by Corporations , Limited Liability Companies (LLC) and Financial Institutions*
**This report MUST be signed and filed to satisfy franchise tax requirements**

■ **Tcode** 13196 Franchise

■ Taxpayer number

| 3 | 2 | 0 | 4 | 6 | 0 | 2 | 2 | 1 | 5 | 1 |
|---|---|---|---|---|---|---|---|---|---|---|

■ Report year

| 2 | 0 | 1 | 9 |
|---|---|---|---|

*You have certain rights under Chapter 552 and 559, Government Code, to review, request, and correct information we have on file about you. Contact us at (800) 252-1381or (512) 463-4600.*

| Taxpayer name | |
|---|---|
| **DYNAMIS ENERGY, LLC** | |
| Mailing address | |
| **8763 SW 27TH LN STE 101** | |
| City | State | ZIP Code | Plus 4 | Secretary of State (SOS) file number or Comptroller file number |
| **GAINESVILLE** | **FL** | **32608** | | **0801520512** |

● Blacken circle if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

| Principal office **8763 SW 27TH LN STE 101, GAINESVILLE, FL 32608** |
|---|
| Principal place of business **8763 SW 27TH LN STE 101, GAINESVILLE, FL 32608** |

*Please sign below!*

Officer, director and manager information is reported as of the date a Public Information Report is completed. The information is updated annually as part of the franchise tax report. There is no requirement or procedure for supplementing the information as officers, directors, or managers change throughout the year.

3204602215119

**SECTION A** Name, title and mailing address of each officer, director or manager.

| Name | Title | Director | | m m d d y y |
|---|---|---|---|---|
| **ROBERT MICHAEL SCOTT II** | **CHIEF EXEC** | ○ YES | Term expiration | |
| Mailing address **124 ROBSART ROAD** | City **KENILWORTH** | State **IL** | | ZIP Code **60043** |
| Name | Title | Director | | m m d d y y |
| | | ○ YES | Term expiration | |
| Mailing address | City | State | | ZIP Code |
| Name | Title | Director | | m m d d y y |
| | | ○ YES | Term expiration | |
| Mailing address | City | State | | ZIP Code |

**SECTION B** Enter the information required for each corporation or LLC, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |

**SECTION C** Enter the information required for each corporation or LLC, if any, that owns an interest of 10 percent or more in this entity or limited liability company.

| Name of owned (parent) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|

| Registered agent and registered office currently on file. *(see instructions if you need to make changes)* | ○ Blacken circle if you need forms to change the registered agent or registered office information. |
|---|---|
| Agent: **INCORP SERVICES, INC.** | |
| Office: **815 BRAZOS, SUITE 500** | City **AUSTIN** | State **TX** | ZIP Code **78701** |

The above information is required by Section 171.203 of the Tax Code for each corporation or limited liability company that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B, and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director or manager and who is not currently employed by this, or a related, corporation or limited liability company.

| sign here ▶ **Doris B Cloud** | Title **Electronic** | Date **05-10-2019** | Area code and phone number **( 281 ) 292 - 4858** |
|---|---|---|---|

**Texas Comptroller Official Use Only**

| VE/DE | ○ | PIR IND | ○ |
|---|---|---|---|

Def. App. 007

DocuSign Envelope ID: 701D006E-60C4-413E-9926-00BD29A15FB5

| **Form 424**<br>**(Revised 05/11)**<br><br>Submit in duplicate to:<br>Secretary of State<br>P.O. Box 13697<br>Austin, TX 78711-3697<br>512 463-5555<br>FAX: 512/463-5709<br>**Filing Fee: See instructions** | <br>**Certificate of Amendment** | This space reserved for office use.<br><br>**F I L E D**<br>In the Office of the<br>**Secretary of State of Texas**<br><br>**FEB 1 9 2019**<br><br>**Corporations Section** |
| --- | --- | --- |

## Entity Information

The name of the filing entity is:

Dynamis Energy LLC

State the name of the entity as currently shown in the records of the secretary of state. If the amendment changes the name of the entity, state the old name and not the new name.

The filing entity is a: (Select the appropriate entity type below.)

☐ For-profit Corporation                    ☐ Professional Corporation

☐ Nonprofit Corporation                     ☐ Professional Limited Liability Company

☐ Cooperative Association                   ☐ Professional Association

☑ Limited Liability Company                 ☐ Limited Partnership

The file number issued to the filing entity by the secretary of state is:  801520512

The date of formation of the entity is:  12/14/2011

## Amendments

### 1. Amended Name

(If the purpose of the certificate of amendment is to change the name of the entity, use the following statement)

The amendment changes the certificate of formation to change the article or provision that names the filing entity. The article or provision is amended to read as follows:

The name of the filing entity is: (state the new name of the entity below)

The name of the entity must contain an organizational designation or accepted abbreviation of such term, as applicable.

### 2. Amended Registered Agent/Registered Office

The amendment changes the certificate of formation to change the article or provision stating the name of the registered agent and the registered office address of the filing entity. The article or provision is amended to read as follows:

**RECEIVED**
**SECRETARY OF STATE**

**FEB 1 9 2019**

Form 424                                    6

**Registrations Unit**

Def. App. 008

DocuSign Envelope ID: 701D006E-60C4-413E-9926-00BD29A15FB5

**Registered Agent**
(Complete either A or B, but not both. Also complete C.)

☐  A.  The registered agent is an organization (cannot be entity named above) by the name of:

_____

**OR**

☐  B.  The registered agent is an individual resident of the state whose name is:

_____
*First Name*                          *M.I.*          *Last Name*                          *Suffix*

The person executing this instrument affirms that the person designated as the new registered agent has consented to serve as registered agent.

C.  The business address of the registered agent and the registered office address is:

                                                                                    TX
_____
*Street Address (No P.O. Box)*                *City*                          *State*   *Zip Code*

### 3. Other Added, Altered, or Deleted Provisions

Other changes or additions to the certificate of formation may be made in the space provided below.  If the space provided is insufficient, incorporate the additional text by providing an attachment to this form.  Please read the instructions to this form for further information on format.

Text Area (The attached addendum, if any, is incorporated herein by reference.)

☐  **Add** each of the following provisions to the certificate of formation.  The identification or reference of the added provision and the full text are as follows:

☑  **Alter** each of the following provisions of the certificate of formation.  The identification or reference of the altered provision and the full text of the provision as amended are as follows:

Article 7
Members Robert Michael Scott and Justin Bishop are the only members and owners
Remove members W. Daniel Cook, Robert Case, and Robert Brown

☐  **Delete** each of the provisions identified below from the certificate of formation.

## Statement of Approval

The amendments to the certificate of formation have been approved in the manner required by the Texas Business Organizations Code and by the governing documents of the entity.

Form 424                                            7

Def. App. 009

DocuSign Envelope ID: 701D006E-60C4-413E-9926-00BD29A15FB5

## Effectiveness of Filing (Select either A, B, or C.)

A. ☑ This document becomes effective when the document is filed by the secretary of state.

B. ☐ This document becomes effective at a later date, which is not more than ninety (90) days from the date of signing. The delayed effective date is: _____

C. ☐ This document takes effect upon the occurrence of a future event or fact, other than the passage of time. The 90th day after the date of signing is: _____

The following event or fact will cause the document to take effect in the manner described below:

## Execution

The undersigned signs this document subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument and certifies under penalty of perjury that the undersigned is authorized under the provisions of law governing the entity to execute the filing instrument.

01/11/2019

Dynamis Energy, LLC

Signature of authorized person

Justin Bishop

Printed or typed name of authorized person (see instructions)

Form 424                                8

Def. App. 010

DocuSign Envelope ID: 701D006E-60C4-413E-9926-00BD29A15FB5

**Filing Number: 801520512**

## Texas Franchise Tax Public Information Report

Comptroller
of Public
Accounts
FORM

05-102
(Rev.9-11/30)

■ Tcode  13196 Franchise

*To be filed by Corporations , Limited Liability Companies (LLC) and Financial Institutions*
**This report MUST be signed and filed to satisfy franchise tax requirements**

| ■ Taxpayer number | ■ Report year | *You have certain rights under Chapter 552 and 559, Government Code, to review, request, and correct information we have on file about you. Contact us at (800) 252-1381or (512) 463-4600.* |
|---|---|---|
| 3 2 0 4 6 0 2 2 1 5 1 | 2 0 1 8 | |

Taxpayer name
**DYNAMIS ENERGY, LLC**

| Mailing address | | |
|---|---|---|
| **8763 SW 27TH LN STE 101** | | |
| City **GAINESVILLE** | State **FL** | ZIP Code **32608**  Plus 4 |
| | | Secretary of State (SOS) file number or Comptroller file number  **0801520512** |

⬤ Blacken circle if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office  **8763 SW 27TH LN STE 101, GAINESVILLE, FL 32608**

Principal place of business  **8763 SW 27TH LN STE 101, GAINESVILLE, FL 32608**

*Please sign below!*  Officer, director and manager information is reported as of the date a Public Information Report is completed. The information is updated annually as part of the franchise tax report. There is no requirement or procedure for supplementing the information as officers, directors, or managers change throughout the year.

3204602215118

**SECTION A**  Name, title and mailing address of each officer, director or manager.

| Name **JUSTIN BISHOP** | Title **DIRECTOR** | Director ⬤ YES | Term expiration | m m | d d | y y y y |
|---|---|---|---|---|---|---|
| Mailing address **8763 SW 27TH LANE, SUITE 101** | City **GAINESVILLE** | | State **FL** | ZIP Code **32608** | | |
| Name **JUSTIN BISHOP** | Title **VICE PRESI** | Director ◯ YES | Term expiration | m m | d d | y y y y |
| Mailing address **8763 SW 27TH LANE, SUITE 101** | City **GAINESVILLE** | | State **FL** | ZIP Code **32608** | | |
| Name **ROBERT MICHAEL SCOTT II** | Title **DIRECTOR** | Director ⬤ YES | Term expiration | m m | d d | y y y y |
| Mailing address **124 ROBSART ROAD** | City **KENILWORTH** | | State **IL** | ZIP Code **60043** | | |

**SECTION B**  Enter the information required for each corporation or LLC, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |
| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
| | | | |

**SECTION C**  Enter the information required for each corporation or LLC, if any, that owns an interest of 10 percent or more in this entity or limited liability company.

| Name of owned (parent) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |

Registered agent and registered office currently on file. *(see instructions if you need to make changes)*   ◯  Blacken circle if you need forms to change the registered agent or registered office information.

Agent:  **INCORP SERVICES, INC.**

| Office:  **815 BRAZOS, SUITE 500** | City **AUSTIN** | State **TX** | ZIP Code **78701** |
|---|---|---|---|

The above information is required by Section 171.203 of the Tax Code for each corporation or limited liability company that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B, and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director or manager and who is not currently employed by this, or a related, corporation or limited liability company.

| sign here ▶  **Doris B Cloud** | Title **Electronic** | Date **05-10-2018** | Area code and phone number  **( 281 )  292 - 4858** |
|---|---|---|---|

**Texas Comptroller Official Use Only**

| VE/DE ◯ | PIR IND ◯ |
|---|---|

Def. App. 011

DocuSign Envelope ID: 701D006E-60C4-413E-9926-00BD29A15FB5

# Texas Franchise Tax Public Information Report

Comptroller 05-102
of Public (Rev.9-11/30)
Accounts FORM
■ **Tcode** 13196 Franchise

*To be filed by Corporations , Limited Liability Companies (LLC) and Financial Institutions*
**This report MUST be signed and filed to satisfy franchise tax requirements**

| ■ Taxpayer number | ■ Report year | *You have certain rights* under Chapter 552 and 559, Government Code, *to review, request, and correct information we have on file about you. Contact us at (800) 252-1381or (512) 463-4600.* |
|---|---|---|
| 3 2 0 4 6 0 2 2 1 5 1 | 2 0 1 8 | |

Taxpayer name
**DYNAMIS ENERGY, LLC**

| Mailing address **8763 SW 27TH LN STE 101** | | | | Secretary of State (SOS) file number or Comptroller file number |
|---|---|---|---|---|
| City **GAINESVILLE** | State **FL** | ZIP Code **32608** | Plus 4 | **0801520512** |

● Blacken circle if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office **8763 SW 27TH LN STE 101, GAINESVILLE, FL 32608**
Principal place of business **8763 SW 27TH LN STE 101, GAINESVILLE, FL 32608**

*Please sign below!* Officer, director and manager information is reported as of the date a Public Information Report is completed. The information is updated annually as part of the franchise tax report. There is no requirement or procedure for supplementing the information as officers, directors, or managers change throughout the year.

3204602215118

**SECTION A** Name, title and mailing address of each officer, director or manager.

| Name **DANIEL COOK** | Title **PRESIDENT** | Director ○ YES | Term expiration | m m d d y y |
|---|---|---|---|---|
| Mailing address **66 KINGSCOTE WAY** | City **THE WOODLANDS** | State **TX** | ZIP Code **77382** | |
| Name **ROBERT MICHAEL SCOTT II** | Title **CHIEF EXEC** | Director ○ YES | Term expiration | m m d d y y |
| Mailing address **124 ROBSART ROAD** | City **KENILWORTH** | State **IL** | ZIP Code **60043** | |
| Name **DANIEL COOK** | Title **DIRECTOR** | Director ● YES | Term expiration | m m d d y y |
| Mailing address **66 KINGSCOTE WAY** | City **THE WOODLANDS** | State **TX** | ZIP Code **77382** | |

**SECTION B** Enter the information required for each corporation or LLC, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |

**SECTION C** Enter the information required for each corporation or LLC, if any, that owns an interest of 10 percent or more in this entity or limited liability company.

| Name of owned (parent) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|

Registered agent and registered office currently on file. *(see instructions if you need to make changes)*
Agent: **INCORP SERVICES, INC.**
○ Blacken circle if you need forms to change the registered agent or registered office information.

| Office: **815 BRAZOS, SUITE 500** | City **AUSTIN** | State **TX** | ZIP Code **78701** |
|---|---|---|---|

The above information is required by Section 171.203 of the Tax Code for each corporation or limited liability company that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B, and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director or manager and who is not currently employed by this, or a related, corporation or limited liability company.

| sign here ▶ **Doris B Cloud** | Title **Electronic** | Date **05-10-2018** | Area code and phone number **( 281 ) 292 - 4858** |
|---|---|---|---|

## Texas Comptroller Official Use Only

| VE/DE ○ | PIR IND ○ |
|---|---|

Def. App. 012

DocuSign Envelope ID: 701D006E-60C4-413E-9926-00BD29A15FB5

**Filing Number: 801520512**

# Texas Franchise Tax Public Information Report

Comptroller of Public Accounts FORM 05-102 (Rev.9-11/30)

■ Tcode  13196  Franchise

*To be filed by Corporations , Limited Liability Companies (LLC) and Financial Institutions*
**This report MUST be signed and filed to satisfy franchise tax requirements**

| ■ Taxpayer number | ■ Report year |
|---|---|
| 3 2 0 4 6 0 2 2 1 5 1 | 2 0 1 7 |

*You have certain rights under Chapter 552 and 559, Government Code, to review, request, and correct information we have on file about you. Contact us at (800) 252-1381 or (512) 463-4600.*

| Taxpayer name | | |
|---|---|---|
| **DYNAMIS ENERGY, LLC** | | |
| Mailing address **8763 SW 27TH LN STE 101** | | Secretary of State (SOS) file number or Comptroller file number |
| City **GAINESVILLE** | State **FL** | ZIP Code **32608** | Plus 4 | **0801520512** |

○ Blacken circle if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office

Principal place of business

*Please sign below!*

Officer, director and manager information is reported as of the date a Public Information Report is completed.  The information is updated annually as part of the franchise tax report.  There is no requirement or procedure for supplementing the information as officers, directors, or managers change throughout the year.

3204602215117

**SECTION A**  Name, title and mailing address of each officer, director or manager.

| Name | Title | Director | Term expiration m m d d y y |
|---|---|---|---|
| ROBERT MICHAEL SCOTT II | DIRECTOR | ● YES | |
| Mailing address 124 ROBSART ROAD | City KENILWORTH | State IL | ZIP Code 60043 |
| JUSTIN BISHOP | DIRECTOR | ● YES | |
| Mailing address 8763 SW 27TH LANE, SUITE 101 | City GAINESVILLE | State FL - FLORIDA | ZIP Code 32608 |
| ROBERT MICHAEL SCOTT II | CHIEF EXEC | ○ YES | |
| Mailing address 124 ROBSART ROAD | City KENILWORTH | State IL | ZIP Code 60043 |

**SECTION B**  Enter the information required for each corporation or LLC, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |
| | | | |

**SECTION C**  Enter the information required for each corporation or LLC, if any, that owns an interest of 10 percent or more in this entity or limited liability company.

| Name of owned (parent) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |

Registered agent and registered office currently on file. *(see instructions if you need to make changes)*     ○ Blacken circle if you need forms to change the registered agent or registered office information.

Agent:  **INCORP SERVICES, INC.**

| Office:  **815 BRAZOS, SUITE 500** | City **AUSTIN** | State **TX** | ZIP Code **78701** |
|---|---|---|---|

The above information is required by Section 171.203 of the Tax Code for each corporation or limited liability company that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B, and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director or manager and who is not currently employed by this, or a related, corporation or limited liability company.

| sign here ► **Doris B Cloud** | Title **Electronic** | Date **08-21-2017** | Area code and phone number ( 281 ) 292 - 4858 |
|---|---|---|---|

**Texas Comptroller Official Use Only**

| VE/DE ○ | PIR IND ○ |
|---|---|

Def. App. 013

DocuSign Envelope ID: 701D006E-60C4-413E-9926-00BD29A15FB5

# Texas Franchise Tax Public Information Report

**Comptroller of Public Accounts FORM** 05-102 (Rev.9-11/30)

*To be filed by Corporations, Limited Liability Companies (LLC) and Financial Institutions*
**This report MUST be signed and filed to satisfy franchise tax requirements**

■ **Tcode** 13196 Franchise

■ **Taxpayer number** 3 2 0 4 6 0 2 2 1 5 1

■ **Report year** 2 0 1 7

*You have certain rights under Chapter 552 and 559, Government Code, to review, request, and correct information we have on file about you. Contact us at (800) 252-1381or (512) 463-4600.*

| Taxpayer name | **DYNAMIS ENERGY, LLC** | | | | |
|---|---|---|---|---|---|
| Mailing address | **8763 SW 27TH LN STE 101** | | | Secretary of State (SOS) file number or Comptroller file number | |
| City **GAINESVILLE** | | State **FL** | ZIP Code **32608** | Plus 4 | **0801520512** |

○ Blacken circle if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

| Principal office |
|---|
| Principal place of business |

*Please sign below!* Officer, director and manager information is reported as of the date a Public Information Report is completed. The information is updated annually as part of the franchise tax report. There is no requirement or procedure for supplementing the information as officers, directors, or managers change throughout the year.

3204602215117

**SECTION A**  Name, title and mailing address of each officer, director or manager.

| Name | Title | Director | Term expiration | m m d d y y |
|---|---|---|---|---|
| **JUSTIN BISHOP** | **VICE PRESI** | ○ YES | | |
| Mailing address **8763 SW 27TH LANE, SUITE 101** | City **GAINESVILLE** | State **FL - FLORIDA** | ZIP Code **32608** | |
| Name **DANIEL COOK** | Title **DIRECTOR** | Director ● YES | Term expiration | m m d d y y |
| Mailing address **66 KINGSCOTE WAY** | City **THE WOODLANDS** | State **TX** | ZIP Code **77382** | |
| Name **DANIEL COOK** | Title **PRESIDENT** | Director ○ YES | Term expiration | m m d d y y |
| Mailing address **66 KINGSCOTE WAY** | City **THE WOODLANDS** | State **TX** | ZIP Code **77382** | |

**SECTION B**  Enter the information required for each corporation or LLC, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |

**SECTION C**  Enter the information required for each corporation or LLC, if any, that owns an interest of 10 percent or more in this entity or limited liability company.

| Name of owned (parent) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|

Registered agent and registered office currently on file. *(see instructions if you need to make changes)*

○ Blacken circle if you need forms to change the registered agent or registered office information.

Agent: **INCORP SERVICES, INC.**

| Office: **815 BRAZOS, SUITE 500** | City **AUSTIN** | State **TX** | ZIP Code **78701** |
|---|---|---|---|

The above information is required by Section 171.203 of the Tax Code for each corporation or limited liability company that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B, and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director or manager and who is not currently employed by this, or a related, corporation or limited liability company.

| sign here▶ **Doris B Cloud** | Title **Electronic** | Date **08-21-2017** | Area code and phone number **( 281 ) 292 - 4858** |
|---|---|---|---|

**Texas Comptroller Official Use Only**

| VE/DE ○ | PIR IND ○ |
|---|---|

DocuSign Envelope ID: 701D006E-60C4-413E-9926-00BD29A15FB5

**Filing Number: 801520512**



05-102
(Rev.9-15/33)

## Texas Franchise Tax Public Information Report

*To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP),*
*Professional Associations (PA) and Financial Institutions*

■ **Tcode** 13196 Franchise

■ Taxpayer number

| 3 | 2 | 0 | 4 | 6 | 0 | 2 | 2 | 1 | 5 | 1 |

■ Report year

| 2 | 0 | 1 | 6 |

*You have **certain rights** under Chapter 552 and 559, Government Code, to review, request and correct information we have on file about you. Contact us at 1-800-252-1381.*

| Taxpayer name | |
|---|---|
| **DYNAMIS ENERGY LLC** | ○ Blacken circle if the mailing address has changed. |

| Mailing address | Secretary of State (SOS) file number or Comptroller file number |
|---|---|
| **2620 TECHNOLOGY FOREST BLVD** | |

| City | State | ZIP code plus 4 | |
|---|---|---|---|
| **THE WOODLANDS** | **TX** | **77381** | **0801520512** |

○ Blacken circle if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

| Principal office |
|---|
| **2620 TECHNOLOGY FOREST BLVD, THE WOODLANDS, TX, 77381** |
| Principal place of business |
| **2620 TECHNOLOGY FOREST BLVD, THE WOODLANDS, TX, 77381** |

*You must report officer, director, member, general partner and manager information as of the date you complete this report.*

*Please sign below!* **This report must be signed to satisfy franchise tax requirements.**

1000000000015

**SECTION A** Name, title and mailing address of each officer, director, member, general partner or manager.

| Name | Title | Director | | m m d d y y |
|---|---|---|---|---|
| **DANIEL COOK** | **PRESIDENT** | ● YES | Term expiration | |
| Mailing address **66 KINGSCOTE WAY** | City **THE WOODLANDS** | State **TX** | | ZIP Code **77382** |
| Name **ROBERT MICHAEL SCOTT II** | Title **CEO** | Director ● YES | Term expiration | m m d d y y |
| Mailing address **2702 COLE AVENUE 222** | City **DALLAS** | State **TX** | | ZIP Code **75204** |
| Name **JUSTIN BISHOP** | Title **VP** | Director ● YES | Term expiration | m m d d y y |
| Mailing address **7860 SOUTHWEST 82ND DRIVE** | City **GAINESVILLE** | State **FL** | | ZIP Code **32608** |

**SECTION B** Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |
| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |

**SECTION C** Enter information for each corporation, LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity.

| Name of owned (parent) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |

| Registered agent and registered office currently on file *(see instructions if you need to make changes)* | *You must make a filing with the Secretary of State to change registered agent, registered office or general partner information.* |
|---|---|
| Agent: **DANIEL COOK** | |

| Office: **2620 TECHNOLOGY FOREST BLVD** | City **THE WOODLANDS** | State **TX** | ZIP Code **77381** |
|---|---|---|---|

The information on this form is required by Section 171.203 of the Tax Code for each corporation, LLC, LP, PA or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, PA or financial institution.

| sign here ▶ | **Rob Brown** | Title **Member** | Date **09/15/2016** | Area code and phone number **( 281 ) 681 - 2381** |
|---|---|---|---|---|

**Texas Comptroller Official Use Only**

| VE/DE ○ | PIR IND ○ |
|---|---|

Def. App. 015

DocuSign Envelope ID: 701D006E-60C4-413E-9926-00BD29A15FB5



05-102
(Rev.9-15/33)

# Texas Franchise Tax Public Information Report

To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP),
Professional Associations (PA) and Financial Institutions

■ **Tcode** 13196 Franchise

| ■ Taxpayer number | ■ Report year | *You have certain rights* under Chapter 552 and 559, Government Code, to review, request and correct information we have on file about you. Contact us at 1-800-252-1381. |
|---|---|---|
| 3 2 0 4 6 0 2 2 1 5 1 | 2 0 1 6 | |

| Taxpayer name | ● Blacken circle if the mailing address has changed. |
|---|---|
| **DYNAMIS ENERGY LLC** | |

| Mailing address | Secretary of State (SOS) file number or Comptroller file number |
|---|---|
| **2620 TECHNOLOGY FOREST BLVD** | |

| City | State | ZIP code plus 4 | |
|---|---|---|---|
| **THE WOODLANDS** | **TX** | **77381** | **0801520512** |

○ Blacken circle if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

| Principal office | **2620 TECHNOLOGY FOREST BLVD, THE WOODLANDS, TX, 77381** |
|---|---|
| Principal place of business | **2620 TECHNOLOGY FOREST BLVD, THE WOODLANDS, TX, 77381** |

You must report officer, director, member, general partner and manager information as of the date you complete this report.

*Please sign below!* **This report must be signed to satisfy franchise tax requirements.**

1000000000015

**SECTION A**  Name, title and mailing address of each officer, director, member, general partner or manager.

| Name **ROBERT CASE** | Title | Director ● YES | Term expiration | m m d d y y |
|---|---|---|---|---|
| Mailing address **15 COURTLAND GREEN** | City **THE WOODLANDS** | State **TX** | | ZIP Code **77382** |
| Name | Title | Director ○ YES | Term expiration | m m d d y y |
| Mailing address | City | State | | ZIP Code |
| Name | Title | Director ○ YES | Term expiration | m m d d y y |
| Mailing address | City | State | | ZIP Code |

**SECTION B**  Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |

**SECTION C**  Enter information for each corporation , LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity.

| Name of owned (parent) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|

| Registered agent and registered office currently on file *(see instructions if you need to make changes)* | You must make a filing with the Secretary of State to change registered agent, registered office or general partner information. |
|---|---|
| Agent: **DANIEL COOK** | |

| Office: **2620 TECHNOLOGY FOREST BLVD** | City **THE WOODLANDS** | State **TX** | ZIP Code **77381** |
|---|---|---|---|

The information on this form is required by Section 171.203 of the Tax Code for each corporation, LLC, LP, PA or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, PA or financial institution.

| sign here ↳ | **Rob Brown** | Title **Member** | Date **09/15/2016** | Area code and phone number **( 281 ) 681 - 2381** |
|---|---|---|---|---|

**Texas Comptroller Official Use Only**

| VE/DE ○ | PIR IND ○ |
|---|---|

Def. App. 016

DocuSign Envelope ID: 701D006E-60C4-413E-9926-00BD29A15FB5

**Form 401**
**(Revised 05/11)**

Submit in duplicate to:
Secretary of State
P.O. Box 13697
Austin, TX 78711-3697
512 463-5555
FAX: 512/463-5709
**Filing Fee: See instructions**

**Statement of Change of**
**Registered Office/Agent**

This space reserved for office use.

**F I L E D**
**In the Office of the**
**Secretary of State of Texas**

**JUN 0 6 2016**

**Corporations Section**

## Entity Information

1. The name of the entity is:

Dynamis Energy, LLC

_State the name of the entity as currently shown in the records of the secretary of state._

2. The file number issued to the filing entity by the secretary of state is:   0801520512

3. The name of the registered agent as currently shown on the records of the secretary of state is:

DANIEL COOK

_Registered Agent Name_

The address of the registered office as currently shown on the records of the secretary of state is:

| 2620 North Crescent Ridge Drive | The Woodlands | TX | 77381 |
| _Street Address_ | _City_ | _State_ | _Zip Code_ |

## Change to Registered Agent/Registered Office

4. The certificate of formation or registration is modified to change the  registered agent and/or office of the filing entity as follows:

Registered Agent Change
(Complete either A or B, but not both. Also complete C if the address has changed.)

☑ A. The new registered agent is an organization (cannot be entity named above) by the name of:

InCorp Services, Inc.

**OR**

☐ B. The new registered agent is an individual resident of the state whose name is:

| | | | |
| _First Name_ | _M.I._ | _Last Name_ | _Suffix_ |

Registered Office Change

☑ C. The business address of the registered agent and the registered office address is changed to:

| 815 Brazos St., Ste. 500 | Austin | TX | 78701 |
| _Street Address (No P.O. Box)_ | _City_ | _State_ | _Zip Code_ |

The street address of the registered office as stated in this instrument is the same as the registered agent's business address.

Form 401

RECEIVED

JUN 06 2016

Secretary of State

Def. App. 017

DocuSign Envelope ID: 701D006E-60C4-413E-9926-00BD29A15FB5

## Statement of Approval

The change specified in this statement has been authorized by the entity in the manner required by the BOC or in the manner required by the law governing the filing entity, as applicable.

## Effectiveness of Filing (Select either A, B, or C.)

A. ☑ This document becomes effective when the document is filed by the secretary of state.

B. ☐ This document becomes effective at a later date, which is not more than ninety (90) days from the date of signing.  The delayed effective date is: _____

C. ☐ This document takes effect upon the occurrence of a future event or fact, other than the passage of time.  The 90th day after the date of signing is: _____

The following event or fact will cause the document to take effect in the manner described below:

## Execution

The undersigned affirms that the person designated as registered agent has consented to the appointment.  The undersigned signs this document subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument and certifies under penalty of perjury that the undersigned is authorized to execute the filing instrument.

Date: April 29, 2016 _____

_____
Signature of authorized person

Justin Bishop
_____
Printed or typed name of authorized person (see instructions)

Form 401                                              5

Def. App. 018

DocuSign Envelope ID: 701D006E-60C4-413E-9926-00BD29A15FB5

**Filing Number: 801520512**

# TEXAS FRANCHISE TAX PUBLIC INFORMATION REPORT

05-102
(9-09/29)
FORM
■ Tcode 13196

*To be filed by Corporations and Limited Liability Companies (LLC) and Financial Institutions*
**This report MUST be signed and filed to satisfy franchise tax requirements**

| ■ Taxpayer number | ■ Report year | **You have certain rights** under Chapter 552 and 559, Government Code, to review, request, and correct information we have on file about you. Contact us at: (512) 463-4600, or (800) 252-1381, toll free nationwide. |
|---|---|---|
| 3 2 0 4 6 0 2 2 1 5 1 | 2 0 1 5 | |

Taxpayer name: **DYNAMIS ENERGY LLC**

| Mailing address | | | | Secretary of State file number or Comptroller file number |
|---|---|---|---|---|
| **2620 TECHNOLOGY FOREST BLVD** | | | | |
| City **THE WOODLANDS** | State **TX** | ZIP Code **77381** | Plus 4 **3904** | **0801520512** |

○ Blacken circle if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office: **2620 TECHNOLOGY FOREST BLVD, THE WOODLANDS, TX, 77381**

Principal place of business: **2620 TECHNOLOGY FOREST BLVD, THE WOODLANDS, TX, 77381**

*Please sign below!* Officer, director and member information is reported as of the date a Public Information Report is completed. The information is updated annually as part of the franchise tax report. There is no requirement or procedure for supplementing the information as officers, directors, or members change throughout the year.

3204602215115

**SECTION A**  Name, title and mailing address of each officer, director or member.

| Name | Title | Director | Term expiration | m m d d y y |
|---|---|---|---|---|
| **DANIEL COOK** | **PRESIDENT** | ● YES | | |
| Mailing address **66 KINGSCOTE WAY** | City **THE WOODLANDS** | State **TX** | ZIP code **77382** | |
| **ROBERT MICHAEL SCOTT II** | **CEO** | ● YES | | |
| Mailing address **2702 COLE AVENUE 222** | City **DALLAS** | State **TX** | ZIP code **75204** | |
| **JUSTIN BISHOP** | **VP** | ● YES | | |
| Mailing address **8387 SW 78TH LANE** | City **GAINSVILLE** | State **FL** | ZIP code **32608** | |

**SECTION B**  Enter the information required for each corporation or LLC, if any, in which this entity owns an interest of ten percent (10%) or more.

| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of Ownership |
|---|---|---|---|
| | | | |
| | | | |

**SECTION C**  Enter the information required for each corporation or LLC, if any, that owns an interest of ten percent (10%) or more in this entity or limited liability company.

| Name of owned (parent) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of Ownership |
|---|---|---|---|
| | | | |

Registered agent and registered office currently on file. *(See instructions if you need to make changes)*  ○ Blacken circle if you need forms to change the registered agent or registered office information.

Agent: **DANIEL COOK**

Office: **2620 TECHNOLOGY FOREST BLVD**   City **THE WOODLANDS**   State **TX**   ZIP code **77381**

The above information is required by Section 171.203 of the Tax Code for each corporation or limited liability company that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B, and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director or member and who is not currently employed by this, or a related, corporation or limited liability company.

| sign here► | **Rob Brown** | Title **Member** | Date **09/18/2015** | Area code and phone number **( 281 ) 681 - 2381** |
|---|---|---|---|---|

**Texas Comptroller Official Use Only**

| VE/DE ○ | PIR IND ○ |
|---|---|

DocuSign Envelope ID: 701D006E-60C4-413E-9926-00BD29A15FB5

# TEXAS FRANCHISE TAX PUBLIC INFORMATION REPORT

*To be filed by Corporations and Limited Liability Companies (LLC) and Financial Institutions*
**This report MUST be signed and filed to satisfy franchise tax requirements**



05-102
(9-09/29)
**FORM**
**Tcode** 13196

**You have certain rights** under Chapter 552 and 559, Government Code, to review, request, and correct information we have on file about you. Contact us at: (512) 463-4600, or (800) 252-1381, toll free nationwide.

■ Taxpayer number

| 3 | 2 | 0 | 4 | 6 | 0 | 2 | 2 | 1 | 5 | 1 |
|---|---|---|---|---|---|---|---|---|---|---|

■ Report year

| 2 | 0 | 1 | 5 |
|---|---|---|---|

Taxpayer name  **DYNAMIS ENERGY LLC**

| Mailing address  **2620 TECHNOLOGY FOREST BLVD** | | | Secretary of State file number or Comptroller file number |
|---|---|---|---|
| City  **THE WOODLANDS** | State  **TX** | ZIP Code  **77381**  Plus 4  **3904** | **0801520512** |

○  Blacken circle if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office  **2620 TECHNOLOGY FOREST BLVD, THE WOODLANDS, TX, 77381**

Principal place of business  **2620 TECHNOLOGY FOREST BLVD, THE WOODLANDS, TX, 77381**

*Please sign below!*  Officer, director and member information is reported as of the date a Public Information Report is completed. The information is updated annually as part of the franchise tax report. There is no requirement or procedure for supplementing the information as officers, directors, or members change throughout the year.

3204602215115

**SECTION A**  Name, title and mailing address of each officer, director or member.

| Name  **ROBERT CASE** | Title | Director ● YES | Term expiration | m m d d y y |
|---|---|---|---|---|
| Mailing address  **15 COURTLAND GREEN** | City  **THE WOODLANDS** | State  **TX** | ZIP code  **77382** | |

| Name | Title | Director ○ YES | Term expiration | m m d d y y |
|---|---|---|---|---|
| Mailing address | City | State | ZIP code | |

| Name | Title | Director ○ YES | Term expiration | m m d d y y |
|---|---|---|---|---|
| Mailing address | City | State | ZIP code | |

**SECTION B**  Enter the information required for each corporation or LLC, if any, in which this entity owns an interest of ten percent (10%) or more.

| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of Ownership |
|---|---|---|---|
| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of Ownership |

**SECTION C**  Enter the information required for each corporation or LLC, if any, that owns an interest of ten percent (10%) or more in this entity or limited liability company.

| Name of owned (parent) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of Ownership |
|---|---|---|---|

| Registered agent and registered office currently on file. *(See instructions if you need to make changes)* | ○ Blacken circle if you need forms to change the registered agent or registered office information. |
|---|---|
| Agent:  **DANIEL COOK** | |
| Office:  **2620 TECHNOLOGY FOREST BLVD** City  **THE WOODLANDS** State  **TX** ZIP Code  **77381** | |

The above information is required by Section 171.203 of the Tax Code for each corporation or limited liability company that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B, and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director or member and who is not currently employed by this, or a related, corporation or limited liability company.

| sign here ▶ | **Rob Brown** | Title  **Member** | Date  **09/18/2015** | Area code and phone number  **( 281 ) 681 - 2381** |
|---|---|---|---|---|

**Texas Comptroller Official Use Only**

| VE/DE ○ | PIR IND ○ |
|---|---|

Def. App. 020

DocuSign Envelope ID: 701D006E-60C4-413E-9926-00BD29A15FB5                                      **Filing Number: 801520512**

## TEXAS FRANCHISE TAX PUBLIC INFORMATION REPORT

05-102
(9-09/29)
Tcode  13196

*To be filed by Corporations and Limited Liability Companies (LLC) and Financial Institutions*
**This report MUST be signed and filed to satisfy franchise tax requirements**

■ Taxpayer number: 3 2 0 4 6 0 2 2 1 5 1

■ Report year: 2 0 1 4

*You have certain rights under Chapter 552 and 559, Government Code, to review, request, and correct information we have on file about you. Contact us at: (512) 463-4600, or (800) 252-1381, toll free nationwide.*

Taxpayer name: **DYNAMIS ENERGY LLC**

Mailing address: **2620 TECHNOLOGY FOREST BLVD**

| City: **THE WOODLANDS** | State: **TX** | ZIP Code: **77381** | Plus 4: **3904** | Secretary of State file number or Comptroller file number: **0801520512** |

○ Blacken circle if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office: **2620 TECHNOLOGY FOREST BLVD, THE WOODLANDS, TX, 77381**

Principal place of business: **2620 TECHNOLOGY FOREST BLVD, THE WOODLANDS, TX, 77381**

*Please sign below!*

Officer, director and member information is reported as of the date a Public Information Report is completed. The information is updated annually as part of the franchise tax report. There is no requirement or procedure for supplementing the information as officers, directors, or members change throughout the year.

3204602215114

**SECTION A**  Name, title and mailing address of each officer, director or member.

| Name | Title | Director | Term expiration |
|---|---|---|---|
| **DANIEL COOK** | **PRESIDENT** | ● YES | |
| Mailing address: **66 KINGSCOTE WAY** | City: **THE WOODLANDS** | State: **TX** | ZIP code: **77382** |
| Name: **ROBERT MICHAEL SCOTT II** | Title: **CEO** | ● YES | |
| Mailing address: **2702 COLE AVENUE 222** | City: **DALLAS** | State: **TX** | ZIP code: **75204** |
| Name: **JUSTIN BISHOP** | Title: **VP** | ● YES | |
| Mailing address: **8387 SW 78TH LANE** | City: **GAINSVILLE** | State: **FL** | ZIP code: **32608** |

**SECTION B**  Enter the information required for each corporation or LLC, if any, in which this entity owns an interest of ten percent (10%) or more.

| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of Ownership |
|---|---|---|---|
| | | | |
| | | | |

**SECTION C**  Enter the information required for each corporation or LLC, if any, that owns an interest of ten percent (10%) or more in this entity or limited liability company.

| Name of owned (parent) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of Ownership |
|---|---|---|---|
| | | | |

Registered agent and registered office currently on file. *(See instructions if you need to make changes)*    ○ Blacken circle if you need forms to change the registered agent or registered office information.

Agent: **DANIEL COOK**

| Office: **2620 TECHNOLOGY FOREST BLVD** | City: **THE WOODLANDS** | State: **TX** | ZIP code: **77381** |

The above information is required by Section 171.203 of the Tax Code for each corporation or limited liability company that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B, and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director or member and who is not currently employed by this, or a related, corporation or limited liability company.

| sign here ▶ | **DANIEL COOK** | Title: **Member** | Date: **08/18/2014** | Area code and phone number: **( 281 ) 681 - 2381** |

### Texas Comptroller Official Use Only

VE/DE ○    PIR IND ○

DocuSign Envelope ID: 701D006E-60C4-413E-9926-00BD29A15FB5

# TEXAS FRANCHISE TAX PUBLIC INFORMATION REPORT

*To be filed by Corporations and Limited Liability Companies (LLC) and Financial Institutions*
**This report MUST be signed and filed to satisfy franchise tax requirements**

 Comptroller 05-102
of Public (9-09/29)
Accounts
FORM **Tcode** 13196

■ Taxpayer number: 3 2 0 4 6 0 2 2 1 5 1

■ Report year: 2 0 1 4

**You have certain rights** under Chapter 552 and 559, Government Code, to review, request, and correct information we have on file about you. Contact us at: (512) 463-4600, or (800) 252-1381, toll free nationwide.

| Taxpayer name | **DYNAMIS ENERGY LLC** | | | | |
|---|---|---|---|---|---|
| Mailing address | **2620 TECHNOLOGY FOREST BLVD** | | | | Secretary of State file number or Comptroller file number |
| City **THE WOODLANDS** | State **TX** | ZIP Code **77381** | Plus 4 **3904** | | **0801520512** |

○ Blacken circle if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

| Principal office | **2620 TECHNOLOGY FOREST BLVD, THE WOODLANDS, TX, 77381** |
|---|---|
| Principal place of business | **2620 TECHNOLOGY FOREST BLVD, THE WOODLANDS, TX, 77381** |

*Please sign below!* Officer, director and member information is reported as of the date a Public Information Report is completed. The information is updated annually as part of the franchise tax report. There is no requirement or procedure for supplementing the information as officers, directors, or members change throughout the year.

3204602215114

**SECTION A** Name, title and mailing address of each officer, director or member.

| Name | Title | Director | Term | m m d d y y |
|---|---|---|---|---|
| **ROBERT CASE** | | ● YES | expiration | |
| Mailing address **15 COURTLAND GREEN** | City **THE WOODLANDS** | State **TX** | | ZIP code **77382** |
| Name | Title | ○ YES Director | Term expiration | m m d d y y |
| Mailing address | City | State | | ZIP code |
| Name | Title | ○ YES Director | Term expiration | m m d d y y |
| Mailing address | City | State | | ZIP code |

**SECTION B** Enter the information required for each corporation or LLC, if any, in which this entity owns an interest of ten percent (10%) or more.

| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of Ownership |
|---|---|---|---|
| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of Ownership |

**SECTION C** Enter the information required for each corporation or LLC, if any, that owns an interest of ten percent (10%) or more in this entity or limited liability company.

| Name of owned (parent) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of Ownership |
|---|---|---|---|

| Registered agent and registered office currently on file. *(See instructions if you need to make changes)* | ○ Blacken circle if you need forms to change the registered agent or registered office information. |
|---|---|
| Agent: **DANIEL COOK** | |
| Office: **2620 TECHNOLOGY FOREST BLVD** | City **THE WOODLANDS** State **TX** ZIP code **77381** |

The above information is required by Section 171.203 of the Tax Code for each corporation or limited liability company that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B, and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director or member and who is not currently employed by this, or a related, corporation or limited liability company.

| sign here▶ | **DANIEL COOK** | Title **Member** | Date **08/18/2014** | Area code and phone number ( **281** ) **681** - **2381** |
|---|---|---|---|---|

**Texas Comptroller Official Use Only**

| VE/DE ○ | PIR IND ○ |
|---|---|

Def. App. 022

DocuSign Envelope ID: 701D006E-60C4-413E-9926-00BD29A15FB5                    **Filing Number: 801520512**

## Texas Franchise Tax Public Information Report

*To be filed by Corporations , Limited Liability Companies (LLC) and Financial Institutions*
**This report MUST be signed and filed to satisfy franchise tax requirements**

05-102 (Rev.9-11/30)
Tcode 13196 Franchise

■ Taxpayer number

| 3 | 2 | 0 | 4 | 6 | 0 | 2 | 2 | 1 | 5 | 1 |
|---|---|---|---|---|---|---|---|---|---|---|

■ Report year

| 2 | 0 | 1 | 3 |
|---|---|---|---|

*You have certain rights under Chapter 552 and 559, Government Code, to review, request, and correct information we have on file about you. Contact us at (800) 252-1381 or (512) 463-4600.*

| Taxpayer name | |
|---|---|
| **DYNAMIS ENERGY, LLC** | |
| Mailing address **2620 TECHNOLOGY FOREST BLVD** | Secretary of State (SOS) file number or Comptroller file number |
| City **THE WOODLANDS**   State **TX**   ZIP Code **77381**   Plus 4 | **0801520512** |

● Blacken circle if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office

Principal place of business

*Please sign below!* Officer, director and manager information is reported as of the date a Public Information Report is completed. The information is updated annually as part of the franchise tax report. There is no requirement or procedure for supplementing the information as officers, directors, or managers change throughout the year.

3204602215113

**SECTION A** Name, title and mailing address of each officer, director or manager.

| Name **MICHAEL SCOTT** | Title **CHIEF EXEC** | Director ○ YES | Term expiration | m m | d d | y y |
|---|---|---|---|---|---|---|
| Mailing address **4300 N. CENTRAL EXPRESSWAY #325** | City **DALLAS** | | State **TX** | ZIP Code **75206** | | |

| Name **JUSTIN BISHOP** | Title **VICE PRESI** | Director ○ YES | Term expiration | m m | d d | y y |
|---|---|---|---|---|---|---|
| Mailing address **8387 SW 78TH LANE** | City **GAINESVILLE** | | State **FL** | ZIP Code **32608** | | |

| Name **DANIEL COOK** | Title **MEMBER** | Director ○ YES | Term expiration | m m | d d | y y |
|---|---|---|---|---|---|---|
| Mailing address **2620 TECHNOLOGY FOREST BLVD** | City **THE WOODLANDS** | | State **TX** | ZIP Code **77381** | | |

**SECTION B** Enter the information required for each corporation or LLC, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |
| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
| | | | |

**SECTION C** Enter the information required for each corporation or LLC, if any, that owns an interest of 10 percent or more in this entity or limited liability company.

| Name of owned (parent) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |

Registered agent and registered office currently on file. *(see instructions if you need to make changes)*        ○ Blacken circle if you need forms to change the registered agent or registered office information.

Agent: **DANIEL COOK**

Office: **2620 NORTH CRESCENT RIDGE DRIVE**   City **THE WOODLANDS**   State **TX**   ZIP Code **77381**

The above information is required by Section 171.203 of the Tax Code for each corporation or limited liability company that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B, and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director or manager and who is not currently employed by this, or a related, corporation or limited liability company.

| sign here▶ **Rickki J Shannon** | Title **Electronic** | Date **05-14-2013** | Area code and phone number ( 832 ) 389 - 5003 |
|---|---|---|---|

**Texas Comptroller Official Use Only**

| VE/DE ○ | PIR IND ○ |
|---|---|

Def. App. 023

DocuSign Envelope ID: 701D006E-60C4-413E-9926-00BD29A15FB5 ⁀014040758          **Filing Number: 801520512**

## Texas Franchise Tax Public Information Report



05-102
FORM (Rev.9-11/30)
■ **Tcode** 13196

*To be filed by Corporations, Limited Liability Companies (LLC) and Financial Institutions*
**This report MUST be signed and filed to satisfy franchise tax requirements**

| ■ **Taxpayer number** | ■ **Report year** | *You have certain rights* under Chapter 552 and 559, Government Code, to review, request, and correct information we have on file about you. Contact us at (800) 252-1381 or (512) 463-4600. |
|---|---|---|
| 3 2 0 4 6 0 2 2 1 5 1 | 2 0 1 2 | |

Taxpayer name
**DYNAMIS ENERGY LLC**

Mailing address
**2620 TECHNOLOGY FOREST BLVD**

| City | State | ZIP Code | Plus 4 | Secretary of State (SOS) file number or Comptroller file number |
|---|---|---|---|---|
| THE WOODLANDS | TX | 77381 | 3904 | 0801520512 |

○ Blacken circle if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office
**4300 N. CENTRAL EXPRESSWAY #325, DALLAS, TEXAS, 75206**
Principal place of business
**4300 N. CENTRAL EXPRESSWAY #325, DALLAS, TEXAS, 75206**

*Please sign below!*   Officer, director and member information is reported as of the date a Public Information Report is completed.  The information is updated annually as part of the franchise tax report. There is no requirement or procedure for supplementing the information as officers, directors, or members change throughout the year.

3204602215112

**SECTION A**   Name, title and mailing address of each officer, director or member.

| Name | Title | Director | | m m  d d  y y |
|---|---|---|---|---|
| **DANIEL COOK** | **MEMBER** | ○ YES | Term expiration | |
| Mailing address **2620 TECHNOLOGY FOREST BLVD** | City **THE WOODLANDS** | State **TX** | | ZIP Code **77381** |
| Name **MICHAEL SCOTT** | Title **CEO** | Director ○ YES | Term expiration | m m  d d  y y |
| Mailing address **4300 N. CENTRAL EXPRESSWAY #325** | City **DALLAS** | State **TX** | | ZIP Code **75206** |
| Name **JUSTIN BISHOP** | Title **VP** | Director ○ YES | Term expiration | m m  d d  y y |
| Mailing address **8387 SW 78TH LANE** | City **GAINESVILLE** | State **FL** | | ZIP Code **32608** |

**SECTION B**   Enter the information required for each corporation or LLC, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |
| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
| | | | |

**SECTION C**   Enter the information required for each corporation or LLC, if any, that owns an interest of 10 percent or more in this entity or limited liability company.

| Name of owned (parent) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |

Registered agent and registered office currently on file. *(see instructions if you need to make changes)*   ○ Blacken circle if you need forms to change the registered agent or registered office information.
Agent:   **DANIEL COOK**
Office:   **2620 TECHNOLOGY FOREST BLVD**   City **THE WOODLANDS**   State **TX**   ZIP Code **77381**

The above information is required by Section 171.203 of the Tax Code for each corporation or limited liability company that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director or member and who is not currently employed by this, or a related, corporation or limited liability company.

| sign here ▶ | Title **CAO** | Date **08/03/2012** | Area code and phone number **(281) 681 - 2381** |
|---|---|---|---|

**Texas Comptroller Official Use Only**

| VE/DE ○ | PIR IND ○ |
|---|---|

Def. App. 024

DocuSign Envelope ID: 701D006E-60C4-413E-9926-00BD29A15FB5



**Office of the Secretary of State**
**Corporations Section**
**P.O. Box 13697**
**Austin, Texas 78711-3697**
**(Form 503)**

**Filed in the Office of the**
**Secretary of State of Texas**
**Filing #: 801520512  6/4/2012**
**Document #: 424494790002**
**Image Generated Electronically**
**for Web Filing**

## ASSUMED NAME CERTIFICATE
## FOR FILING WITH THE SECRETARY OF STATE

1. The assumed name under which the business or professional service is or is to be conducted or rendered is:
**United Energy Services**

2. The name of the entity as stated in its certificate of formation, application for registration, or comparable document is:
**Dynamis Energy, LLC**

3. The state, country, or other jurisdiction under the laws of which it was incorporated, organized or associated is **TEXAS** and the address of its registered or similar office in that jurisdiction is:
**2620 North Crescent Ridge Drive, The Woodlands, TX, USA 77381**

4. The period, not to exceed 10 years, during which the assumed name will be used is :
**06/04/2022**

5. The entity is a : **Domestic Limited Liability Company (LLC)**

6. The entity's principal office address in Texas is:
**4300 North Central Expressway #325, Dallas, TX, USA 75206**

7. The entity is not organized under the laws of Texas and is not required by law to maintain a registered agent and registered office in Texas. Its office address outside the state is:

8. The county or counties where business or professional services are being or are to be conducted or rendered under such assumed name are:
**ALL COUNTIES**

9. The undersigned, if acting in the capacity of an attorney-in-fact of the entity, certifies that the entity has duly authorized the attorney-in-fact in writing to execute this document. The undersigned signs this document subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument.

Def. App. 025

DocuSign Envelope ID: 701D006E-60C4-413E-9926-00BD29A15FB5

**Dynamis Energy, LLC**

**Name of the entity**

By: **Robert B. Brown III**

**Signature of officer, general partner, manager,**
**representative or attorney-in-fact of the entity**

**FILING OFFICE COPY**

DocuSign Envelope ID: 701D006E-60C4-413E-9926-00BD29A15FB5
Apr. 26. 2012  2:40PM     Doherty & Doherty LLP                    No. 0147   P. 2

**Form 622**
(Revised 12/08)
Return in duplicate to:
Secretary of State
P.O. Box 13697
Austin, TX 78711-3697
512 463-5555
FAX: 512 463-5709
Filing Fee: see instructions



**Certificate of Merger**
**Combination Merger**
**Business Organizations Code**

This space reserved for office use.

**F I L E D**
In the Office of the
Secretary of State of Texas

**APR 2 6 2012**

**Corporations Section**

### Parties to the Merger

Pursuant to chapter 10 of the Texas Business Organizations Code, and the title applicable to each domestic filing entity identified below, the undersigned parties submit this certificate of merger.

The name, organizational form, state of incorporation or organization, and file number, if any, issued by the secretary of state for each organization that is a party to the merger are as follows:

Party 1

United Energy Services, Inc.
*Name of Organization*

The organization is a  for-profit corporation                          It is organized under the laws of
                      *Specify organizational form (e.g., for-profit corporation)*

Florida  USA                              The file number, if any, is _____
*State     Country*                                                   *Texas Secretary of State file number*

Its principal place of business is  8387 SW 78Th Lane , Gainesville , Florida 32608
                                    *Address*                        *City*              *State*

☐ The organization will survive the merger.   ☑ The organization will not survive the merger.

☑ The plan of merger amends the name of the organization.  The new name is set forth below.

Dynamis Energy, LLC
                                        *Name as Amended*

Party 2

Dynamis Energy, LLC
*Name of Organization*

The organization is a  limited liability company                       It is organized under the laws of
                      *Specify organizational form (e.g., for-profit corporation)*

Texas  USA                              The file number, if any, is  801520512
*State     Country*                                                   *Texas Secretary of State file number*

Its principal place of business is  4300 North Central Express Way,  Dallas                    TX
                                    *Address*                        *City*                   *State*

☑ The organization will survive the merger.   ☐ The organization will not survive the merger.

☐ The plan of merger amends the name of the organization.  The new name is set forth below.

                                        *Name as Amended*

Party 3

N/A
*Name of Organization*

The organization is a _____                     It is organized under the laws of
                      *Specify organizational form (e.g., for-profit corporation)*

Form 622                                    5

DocuSign Envelope ID: 701D006E-60C4-413E-9926-00BD29A15FB5
Apr. 20. 2012 2:40PM   Donerty & Donerty LLP                                        No. 0147   P. 3

The file number, if any, is _____

_____  _____                                      _____
State            County                                               Texas Secretary of State file number
Its principal place of business is _____
                                  Address                    _____           _____  _____
                                                              City                       State
☐ The organization will survive the merger.      ☐ The organization will not survive the merger.

☐ The plan of merger amends the name of the organization. The new name is set forth below.

_____
                   Name as Amended

## Plan of Merger

☐ The plan of merger is attached.

*If the plan of merger is not attached, the following statements must be completed.*

### Alternative Statements

In lieu of providing the plan of merger, each domestic filing entity certifies that:

1. A signed plan of merger is on file at the principal place of business of each surviving, acquiring, or new domestic entity or non-code organization that is named in this form as a party to the merger or an organization created by the merger.

2. On written request, a copy of the plan of merger will be furnished without cost by each surviving, acquiring, or new domestic entity or non-code organization to any owner or member of any domestic entity that is a party to or created by the plan of merger and, if the certificate of merger identifies multiple surviving domestic entities or non-code organizations, to any creditor or oblige of the parties to the merger at the time of the merger if a liability or obligation is then outstanding.

*Complete item 3B if the merger effected changes to the certificate of formation of a surviving filing entity.*

3A.  No amendments to the certificate of formation of any surviving filing entity that is a party to the merger are effected by the merger.

3B.  ☐   The plan of merger effected changes or amendments to the certificate of formation of:

_____
*Name of filing entity effecting amendments*

The changes or amendments to the filing entity's certificate of formation, other than the name change noted previously, are stated below.

*Amendment Text Area*

```
                                                                         ,
```

4. Organizations Created by Merger

The name, jurisdiction of organization, principal place of business address, and entity description of each entity or other organization to be created pursuant to the plan of merger are set forth below. The certificate of formation of each new domestic filing entity to be created is being filed with this certificate of merger.

Form 623                                    6

DocuSign Envelope ID: 701D006E-60C4-413E-9926-00BD29A15FB5
Apr. 20. 2012 2:40PM   Doherty & Doherty LLP                                    No. 0147   P. 4

| *Name of New Organization 1* | | | | *Jurisdiction* | *Entity Type (See Instructions)* |
|---|---|---|---|---|---|
| *Principal Place of Business Address* | | *City* | | *State* | *Zip Code* |
| *Name of New Organization 2* | | | | *Jurisdiction* | *Entity Type (See Instructions)* |
| *Principal Place of Business Address* | | *City* | | *State* | *Zip Code* |
| *Name of New Organization 3* | | | | *Jurisdiction* | *Entity Type (See Instructions)* |
| *Principal Place of Business Address* | | *City* | | *State* | *Zip* |

## Approval of the Plan of Merger

The plan of merger has been approved as required by the laws of the jurisdiction of formation of each organization that is a party to the merger and by the governing documents of those organizations.

☐ The approval of the owners or members of _____

*Name of domestic entity*

was not required by the provisions of the BOC.

## Effectiveness of Filing (Select either A, B, or C.)

A. ☑ This document becomes effective when the document is accepted and filed by the secretary of state.

B. ☐ This document becomes effective at a later date, which is not more than ninety (90) days from the date of signing.  The delayed effective date is: _____

C. ☐ This document takes effect on the occurrence of the future event or fact, other than the passage of time.  The 90th day after the date of signing is: _____

The following event or fact will cause the document to take effect in the manner described below:

_____

## Tax Certificate

☐   Attached hereto is a certificate from the comptroller of public accounts that all taxes under title 2, Tax Code, have been paid by the non-surviving filing entity.

☑   In lieu of providing the tax certificate, one or more of the surviving, acquiring or newly created organizations will be liable for the payment of the required franchise taxes.

Form 622                                            7

Def. App. 029

DocuSign Envelope ID: 701D006E-60C4-413E-9926-00BD29A15FB5
Apr. 20. 2012 2.40PM   Doherty & Doherty LLP                              No. 0147   P. 5

## Execution

The undersigned signs this document subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument. The undersigned certifies that the statements contained herein are true and correct, and that the person signing is authorized under the provisions of the Business Organizations Code, or other law applicable to and governing the merging entity, to execute the filing instrument.

Date:  4-19-12

United Energy Services, Inc.
Merging Entity Name

Signature of authorized person (see instructions)

Justin Bishop
Printed or typed name of authorized person

Dynamis Energy, LLC
Merging Entity Name

Signature of authorized person (see instructions)

W. DANIEL COOK
Printed or typed name of authorized person

Merging Entity Name

Signature of authorized person (see instructions)

Printed or typed name of authorized person

Form 622                                      8

DocuSign Envelope ID: 701D006E-60C4-413E-9926-00BD29A15FB5
y LLP                                        No. 9937   P. 2/3

**FILED**
**In the Office of the**
**Secretary of State of Texas**

**DEC 1 4 2011**

**Corporations Section**

## CERTIFICATE OF FORMATION
## LIMITED LIABILITY COMPANY
## OF
## DYNAMIS ENERGY, LLC

The undersigned natural person, being of the age of eighteen (18) years or more, acting as the organizer of a limited liability company, does hereby adopt the following Certificate of Formation:

1. The name of the limited liability company is Dynamis Energy, LLC (the "Limited Liability Company").

2. The address of the registered office and name of the registered agent for service of process is: Daniel Cook, 2620 North Crescent Ridge Drive, The Woodlands, Texas 77381.

3. The Limited Liability Company will have managers. The name and address of each initial manager is set forth below:

Daniel Cook
2620 North Crescent Ridge Drive
The Woodlands, Texas 77381

4. The purpose for which the Limited Liability Company is formed is for the transaction of any and all lawful purposes for which a limited liability company may be organized under the Texas Business Organizations Code.

5. The name and address of the organizer of the Limited Liability Company is:

Casey W. Doherty, Sr.
Doherty & Doherty LLP
1717 St. James Place, Suite 520
Houston, Texas 77056

6. This document is to become effective when filed by the secretary of state.

The undersigned signs this document subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument.

Date: December 14, 2011.

ORGANIZER:

Casey W. Doherty, Sr.

E:\BUSLAW\Casey\Cook\Dynamis Energy\Cert.Form.Dynamis.Energy.LLC.doc

Def. App. 031