# DECLARATION OF SERGHEI BUSMACHIU

My name is Serghei Busmachiu. I am of sound mind, over 18 years of age. I make this *Declaration* based upon my personal knowledge and state as follows:

1. My personal residence is 1121 Vandon Loop, Berlin, New Jersey 08009. At all relevant times, *i.e.*, between November 19, 2019 and present, I have resided at this New Jersey address and I intend to remain at this New Jersey address indefinitely.

2. I am the President/Chief Executive Officer of US Energy Solutions, Inc. ("UES"). In this role, I have become very familiar with UES's business structure and operations, including the executive and administrative activities performed by the company.

3. I have served as the President/Chief Executive Officer of UES since its inception in July 2018 and am very familiar with its corporate formation documents. Attached hereto as Exhibit 2-A is a true and correct copy of UES's Certificate of Formation.

4. UES's headquarters are located at 1080 N. Delaware Avenue #511, Philadelphia, Pennsylvania 19125. UES's high-level officers maintain offices at this location, and they direct, control, and coordinate UES's executive and administrative activities from this location. These high-level officers, who are based in Philadelphia, Pennsylvania, include UES's (1) President/Chief Executive Officer; (2) Executive Vice President; and (3) Financial Controller.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United State of America that the foregoing is true and correct.

Executed on this 13th day of January, 2020.

*Serghei Busmachiu*
Serghei Busmachiu

DocuSign Envelope ID: DD5E2BEB-4966-4061-9FCA-C26A1D5ACDE0

NEW JERSEY DEPARTMENT OF THE TREASURY
DIVISION OF REVENUE AND ENTERPRISE SERVICES

**EXHIBIT 2-A**

### CERTIFICATE OF INC, (PROFIT)

### US ENERGY SOLUTIONS INC
### 0450286384

The above-named DOMESTIC PROFIT CORPORATION was duly filed in accordance with New Jersey State Law on 07/09/2018 and was assigned identification number 0450286384. Following are the articles that constitute its original certificate.

1. **Name:**
   US ENERGY SOLUTIONS INC

2. **Registered Agent:**
   SERGHEI BUSMACHIU

3. **Registered Office:**
   300 W SOMERDALE RD
   STE 5
   VOORHEES, NEW JERSEY 08043

4. **Business Purpose:**
   ENERGY SALES

5. **Duration:**
   PERPETUAL

6. **Stock:**
   2500

7. **Effective Date of this filing is:**
   07/09/2018

8. **Designation of Shares:**
   2500 SHARES COMMON

9. **First Board of Directors:**
   SERGHEI BUSMACHIU
   300 W SOMERDALE RD
   STE 5
   VOORHEES, NEW JERSEY 08043

10. **Incorporators:**
    SERGHEI BUSMACHIU
    300 W SOMERDALE RD
    STE 5
    VOORHEES, NEW JERSEY 08043

11. **Main Business Address:**
    300 W SOMERDALE RD
    STE 5
    VOORHEES, NEW JERSEY 08043

    **Signatures:**
    SERGHEI BUSMACHIU
    INCORPORATOR

NEW JERSEY DEPARTMENT OF THE TREASURY
DIVISION OF REVENUE AND ENTERPRISE SERVICES

### CERTIFICATE OF INC, (PROFIT)

### US ENERGY SOLUTIONS INC
### 0450286384



*IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed my Official Seal 9th day of July, 2018*

*Elizabeth Maher Muoio*
*State Treasurer*

*Certificate Number : 4057637885*
*Verify this certificate online at*
*https://www1.state.nj.us/TYTR_StandingCert/JSP/Verify_Cert.jsp*