## Case Information

DC-19-18533 | DYNAMIS ENERGY LLC vs. US ENERGY SOLUTIONS INC, et al

| | | |
|---|---|---|
| **Case Number** | **Court** | **Judicial Officer** |
| DC-19-18533 | 14th District Court | MOYE', ERIC |
| **File Date** | **Case Type** | **Case Status** |
| 11/19/2019 | CNTR CNSMR COM DEBT | OPEN |

## Party

**PLAINTIFF**

DYNAMIS ENERGY LLC

  Aliases
  *DBA* UNITED ENERGY SERVICES

Address
3400 Carlisle St
Suite 200
Dallas TX 75204

Active Attorneys ▼

Attorney
BROWNSHADEL, BLAKE J
Retained

Lead Attorney
DUNN, WILLIAM DAVID
Retained

**DEFENDANT**

US ENERGY SOLUTIONS INC

Address
1080 N. DELAWARE AVE #511
PHILADELPHIA PA 19125

**DEFENDANT**

BUSMACHIU, SERGHEI

Address
1080 N. DELAWARE AVE #511
PHILADELPHIA PA 19125

## Events and Hearings

11/19/2019 NEW CASE FILED (OCA) - CIVIL

11/19/2019 ORIGINAL PETITION ▼

ORIGINAL PETITION

12/02/2019 REQUEST FOR SERVICE ▼

REQUEST FOR SERVICE

12/02/2019 ISSUE CITATION ▼

ISSUE CITATION - SERGHEI BUSMACHIU - ESERVE

ISSUE CITATION - US ENERGY SOLUTIONS INC. - ESERVE

12/05/2019 CITATION ▼

Anticipated Server
ESERVE

Anticipated Method
Actual Server
PRIVATE PROCESS SERVER

Returned
12/20/2019
Comment
SERGHEI BUSMACHIU

12/05/2019 CITATION ▼

Anticipated Server
ESERVE

Anticipated Method
Actual Server
PRIVATE PROCESS SERVER

Returned
12/20/2019
Comment
US ENERGY SOLUTIONS, INC.

### 12/16/2019 RETURN OF SERVICE ▼

EXECUTED CITATION - US ENERGY SOLUTIONS, INC.

Comment
EXECUTED CITATION - US ENERGY SOLUTIONS, INC.

### 12/16/2019 RETURN OF SERVICE ▼

EXECUTED CITATION - SERGHEI BUSMACHIU

Comment
c

### 01/07/2020 NOTICE OF DISMISSAL FOR WANT OF PROSECUTION ▼

NOTICE OF DISMISSAL FOR WANT OF PROSECUTION

Comment
MAILED

### 02/14/2020 DISMISSAL FOR WANT OF PROSECUTION ▼

Judicial Officer
MOYE', ERIC

Hearing Time
11:00 AM

## Financial

DYNAMIS ENERGY LLC
| | |
|---|---|
| Total Financial Assessment | $308.00 |
| Total Payments and Credits | $308.00 |

| | | | | |
|---|---|---|---|---|
| 11/21/2019 | Transaction Assessment | | | $292.00 |
| 11/21/2019 | CREDIT CARD - TEXFILE (DC) | Receipt # 79689-2019-DCLK | DYNAMIS ENERGY LLC | ($292.00) |
| 12/3/2019 | Transaction Assessment | | | $16.00 |
| 12/3/2019 | CREDIT CARD - TEXFILE (DC) | Receipt # 81927-2019-DCLK | DYNAMIS ENERGY LLC | ($16.00) |

## Documents

ORIGINAL PETITION

REQUEST FOR SERVICE

ISSUE CITATION - SERGHEI BUSMACHIU - ESERVE

ISSUE CITATION - US ENERGY SOLUTIONS INC. - ESERVE

EXECUTED CITATION - US ENERGY SOLUTIONS, INC.

EXECUTED CITATION - SERGHEI BUSMACHIU

NOTICE OF DISMISSAL FOR WANT OF PROSECUTION