# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| **DYNAMIS ENERGY LLC d/b/a** § <br> **UNITED ENERGY SERVICES,** § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> **US ENERGY SOLUTIONS, INC. and** § <br> **SERGHEI BUSMACHIU,** § <br> § <br> Defendants. § | **CIVIL ACTION NO. 3:20-cv-00073-S** |

## JOINT NOTICE OF SETTLEMENT

Plaintiff Dynamis Energy LLC d/b/a United Energy Services and Defendants US Energy Solutions, Inc. and Serghei Busmachiu (collectively, the "Parties") hereby jointly notify the Court that they have tentatively agreed on all terms of a final settlement of the claims made in this civil action and are in the process of executing of formal written settlement agreement between them. Once the formal written settlement agreement is executed, the Parties intend to expeditiously file the appropriate dismissal papers with this Court, which the Parties anticipate will be completed by no later than February 25, 2020. Accordingly, the Parties respectfully request that all deadlines be abated pending the submission of the appropriate dismissal papers with this Court.

Dated: February 18, 2020

Respectfully Submitted,

**DUNN SHEEHAN LLP**

By: */s/ Blake J. Brownshadel*
    **William D. Dunn,** *Lead Counsel*
    Texas State Bar No. 24002023
    ddunn@dunnsheehan.com
    **Blake J. Brownshadel**
    Texas State Bar No. 24073969
    bbrownshadel@dunnsheehan.com

    3400 Carlisle Street, Suite 200
    Dallas, Texas 75204
    Telephone: (214) 866-0077
    Facsimile: (214) 866-0070

*Attorneys for Plaintiff Dynamis Energy LLC d/b/a United Energy Services*

**CRAWFORD, WISHNEW & LANG PLLC**

By: */s/ Jason T. Weber*
    **Tom Hill Crawford, III,** *Lead Counsel*
    Texas State Bar No. 24059623
    tcrawford@cwl.law
    **Jason T. Weber**
    Texas State Bar No. 24075251
    jweber@cwl.law

    1700 Pacific Avenue, Suite 2390
    Dallas, Texas 75201
    Telephone: (214) 817-4500
    Facsimile: (214) 817-4509

*Attorneys for Defendants US Energy Solutions, Inc. and Serghei Busmachiu*